United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETE ROOKE,   No. C 12-5040 WHA (PR)

    Petitioner,   **JUDGMENT**

v.

MARK MARTELL,

    Respondent.
                                              /

    Pursuant to the order dismissing this case, a judgment of dismissal is hereby entered in favor of respondent. Petitioner shall receive no relief by way of his petition.

    **IT IS SO ORDERED.**

Dated: October  25  , 2012.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE

N:\ROOKE5040.JUD.wpd